IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HERITAGE-CRYSTAL CLEAN, LLC, )
)
    Plaintiff, ) Case No. 14 cv 05687
)
v. )
)
ESSROC CEMENT CORPORATION, )
)
    Defendant. )

## STIPULATION AND ORDER
## TO DISMISS WITHOUT PREJUDICE AND WITHOUT COSTS

The parties hereto hereby stipulate and agree that this matter be dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

CONRAD O'BRIEN PC

By: _____
Frank R. Emmerich Jr.
Centre Square West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100

VARNUM LLP

By: _____
Peter A. Smit
Aaron M. Phelps
Bridgewater Place
P.O. Box 352

*Attorneys for Defendant*
*Essroc Cement Corporation*

SEYFARTH SHAW LLP

By: _____
Philip L. Comella
Admitted Pro Hac Vice
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Phone: (312) 460-5000
Fax: (312) 460-7000
pcomella@seyfarth.com

FOX ROTHSCHILD LLP

By: _____
Sharon Oras Morgan, Esquire
Attorney ID No. 60068
Christine Soares, Esquire
Attorney ID No. 203497
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Phone: (215) 299-2000
Fax: (215) 299-2150
smorgan@foxrothschild.com
csoares@foxrothschild.com

*Attorneys for Plaintiff*
*Heritage-Crystal Clean, LLC*

20267361v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERITAGE-CRYSTAL CLEAN, LLC, | ) |
| Plaintiff, | ) Case No. 14 cv 05687 |
| v. | ) |
| ESSROC CEMENT CORPORATION, | ) |
| Defendant. | ) |

### ORDER

The parties hereto have stipulated and agreed that this matter be dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

_____

HONORABLE JOSEPH F. LEESON, JR

20367711v.1