

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERITAGE-CRYSTAL CLEAN, LLC, | ) | |
| Plaintiff, | ) | Case No. 14 cv 05687 |
| v. | ) | |
| ESSROC CEMENT CORPORATION, | ) | |
| Defendant. | ) | |

**FILED**
JUL 15 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

The parties hereto have stipulated and agreed that this matter be dismissed without prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

_____
HONORABLE JOSEPH F. LEESON, JR
Date:   July 14, 2015

7-15-15 mailed + e-mailed

2036771 jv.1